# THE WEITZ LAW FIRM, P.A.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/3/2022
```

December 29, 2021

<u>VIA CM/ECF</u>
Honorable Judge Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street - Courtroom 15D
New York, NY 10007

      Re:    **Norris v. Something Navy LLC, et al.**
             **Case 1:21-cv-09153-AT**

Dear Judge Torres:

    The undersigned represents the Plaintiff in the above-captioned case matter. The Case Management Plan and Joint Letter in this matter is currently due January 3, 2022. However, Defendants have not yet appeared in this matter, having been properly served through the Secretary of State [D.E. 10 & D.E. 11]. In order to allow the parties adequate time to engage in early settlement discussions, while affording additional time for the defendants to appear, a 30-day adjournment of the Case Management Plan and Joint Letter due date is hereby respectfully requested to a date convenient to this Honorable Court.

    Thank you for your consideration of this first adjournment request.

                                          Sincerely,

                                          By: /S/   B. Bradley Weitz

GRANTED. By **February 3, 2022**, the parties shall submit their joint letter and proposed case management plan and scheduling order. If Defendants have not appeared by February 3, 2022, Plaintiff shall file a motion for default judgment, in accordance with Attachment A of the Court's Individual Practices in Civil Cases, by **February 17, 2022**.

SO ORDERED.

Dated: January 3, 2022
       New York, New York

                                                  ANALISA TORRES
                                            United States District Judge