UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
NAMEL NORRIS,

                Plaintiff,

-against-

SOMETHING NAVY LLC, a New York limited liability company, d/b/a SOMETHING NAVY, and EVGER BLEECKER ST. REALTY CORP., a New York corporation,
                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/1/2022

21 Civ. 9153 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On April 25, 2022, the Court granted Plaintiff a 30-day extension on Plaintiff's deadline to file a motion for default judgement to allow Plaintiff to complete service and to give Defendants time to appear. ECF No. 20. Plaintiff has neither filed for a default judgment nor have Defendants appeared. Accordingly, by **June 6, 2022**, Plaintiff shall file a status letter updating the Court on the status of service.

SO ORDERED.

Dated: June 1, 2022
New York, New York

ANALISA TORRES
United States District Judge