```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _6/13/2022_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NAMEL NORRIS,

                Plaintiff,

-against-

SOMETHING NAVY LLC, a New York limited liability company, d/b/a SOMETHING NAVY, and EVGER BLEECKER ST. REALTY CORP., a New York corporation,

                Defendants.

21 Civ. 9153 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On April 25, 2022, the Court granted Plaintiff a 30-day extension to file a motion for default judgement, to allow Plaintiff to complete service and to give Defendants time to appear. ECF No. 20. Plaintiff neither filed for a default judgment nor did Defendants appear.

    Then, on June 1, 2022, the Court ordered Plaintiff to file a status letter updating the Court on the status of service by June 6, 2022. ECF No. 21. That submission is overdue.

    Accordingly, by **June 16, 2022**, Plaintiff shall file a status letter updating the Court on the status of service. If Plaintiff fails to file a status letter by that date, the Court shall issue an order to show cause why this action should not be dismissed for failure to prosecute.

    SO ORDERED.

Dated: June 13, 2022
         New York, New York

                                          ANALISA TORRES
                                       United States District Judge